**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

IN RE: Sanjeev Kumar                               CASE NO.: 14–35481–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 7
xxx–xx–1237

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a HEARING has been scheduled before the HONORABLE CECELIA G. MORRIS, Chief United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, to be held at 355 Main Street, Poughkeepsie, New York 12601 on April 29, 2014 at 9:30 A.M. to consider Attorney's Amended Rule 2016 Disclosure of Compensation Statement.

Dated: April 9, 2014                               Vito Genna
                                                   Clerk of the Court