UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
: 
In re:                                                       :      Chapter 7
                                                            :
Sanjeev Kumar                                                :      Case No. 14-35481 (CGM)
                                                            :
                                                            :
                                                            :
                    Debtor.                                  :
                                                            :
---------------------------------------------------------- X

**ORDER TO SHOW CAUSE AND DIRECTING ATTORNEY TO APPEAR**

On April 29, 2014, the Court held a hearing to consider the Rule 2016(b) Disclosure of Compensation of Attorney Statement that was filed with the Debtor's petition. Debtor's attorney failed to appear. It is now hereby

**ORDERED** that Kirk Orseck appear on June 3, 2014 at 9:30 am at the United States Bankruptcy Courthouse located at 355 Main Street, Poughkeepsie New York 12601 and **SHOW CAUSE** why his fee should not be disgorged pursuant to §§ 329 and 330 and Bankruptcy Rule 2016.

Dated: May 12, 2014
Poughkeepsie, New York

                                                BY THE COURT

                                                /s/ Cecelia G. Morris
                                                *Chief United States Bankruptcy Judge*

cc:

Kirk O. Orseck

Orseck Law Offices PLLC

1924 State Route 52

Liberty, NY 12754